UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WARREN AIKEN, JR.,

    Plaintiff,

v.                                  Case No. 3:12-cv-873-J-12TEM

SUWANNEE CORRECTIONAL
STAFF OFFICIALS, et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate of the Florida penal system proceeding pro se and in forma pauperis, initiated this action by filing a Complaint Under the Civil Rights Act (Doc. #1). The Prison Litigation Reform Act amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

The Court takes judicial notice of filings brought by Plaintiff in this Court that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted: (1) 3:06-cv-37-J-12TEM; (2) 3:07-cv-502-J-33TEM; and, (3) 3:07-cv-558-J-12HTS. Because Plaintiff has had three or more qualifying dismissals and

is not under imminent danger of serious physical injury, Plaintiff's Motion to Proceed In Forma Pauperis (Doc. #4) will be denied and this action will be dismissed without prejudice. Plaintiff may initiate a new civil rights action by filing a new civil rights complaint form and paying the full $350.00 filing fee.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. #4) is **DENIED**.

2. This case is hereby **DISMISSED** without prejudice.

3. The Clerk of the Court shall enter judgment dismissing this case without prejudice and close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 29 day of August, 2012.

_____
United States District Judge

ps 8/2
c:
Warren Aiken, Jr.

*[signature]*